# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2022 ND 195

State of North Dakota,

Plaintiff and Appellee

v.

Eldrey Marchone Lane,

Defendant and Appellant

### No. 20220164

Appeal from the District Court of Grand Forks County, Northeast Central Judicial District, the Honorable Jay D. Knudson, Judge.

AFFIRMED.

Per Curiam.

Ashlei A. Neufeld, Assistant State's Attorney, Grand Forks, ND, for plaintiff and appellee; submitted on brief.

Laura C. Ringsak, Bismarck, ND, for defendant and appellant; submitted on brief.

**Per Curiam.**

[¶1]   Eldrey Marchone Lane appeals from a criminal judgment entered after a jury convicted him of driving under suspension. Lane argues the evidence presented at trial was insufficient to support the jury's verdict. Viewing the evidence in the light most favorable to the verdict, we conclude sufficient evidence exists that could allow a jury to draw a reasonable inference in favor of conviction. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
       Gerald W. VandeWalle
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte